# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00189-CV

## In re Phillip Scott

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Phillip Scott, an inmate in the Comal County Jail, has filed an ambiguously captioned *pro se* appellate submission with this Court entitled "Clear Error Review," complaining of alleged procedural irregularities in a civil commitment hearing under Chapter 46B of the Code of Criminal Procedure in the 207th District Court, and asking this Court to vacate a civil commitment order allegedly entered in that case on July 19, 2023. Having reviewed the filing, we treat the submission as a petition for writ of mandamus and deny the petition. See Tex. R. App. P. 52.8(a).

We take judicial notice of a previous submission to this Court in which Scott raised substantially similar issues and sought identical relief. *See In re Scott*, No. 03-24-00157-CV, 2024 WL 1098217 (Tex. App.—Austin Mar. 14, 2024, no pet. h., orig. proceeding) (mem. op.). As discussed in this Court's memorandum opinion denying relief in that case, it is relator's burden to properly request and show entitlement to mandamus relief, including by providing the reviewing court with a record sufficient to establish his right to

mandamus relief.  *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); *see also* Tex. R. App. P. 52.7(a)(1) (relator must file with petition "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"), 52.7(a) (specifying required contents for record), 52.3(k) (specifying required contents for appendix).

Based on his failure to provide any record, we conclude that Scott has failed to show an entitlement to relief.  Accordingly, we deny the petition for writ of mandamus. See Tex. R. App. P. 52.8(a).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Filed:   March 27, 2024